IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BRENDA LERMA, INDIVIDUALLY, AS NEXT FRIEND OF J.L. AND D.L., AND AS REPRESENTATIVE OF THE ESTATE OF LUIS LERMA; FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS; <br>     Plaintiffs <br><br> V. <br><br> BRIGGS & STRATTON CORPORATION, and BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC <br><br>     Defendants | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-12-CV-229 <br><br><br><br> JURY DEMANDED |

## **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 7.4 and the Local Rules, Plaintiffs file this Certificate of Interested Persons providing a complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or others legally entitled who are or which are financially interested in the outcome of this case at this time.

1. Plaintiff Brenda Lerma, Individually;

2. Plaintiff Brenda Lerma As Next Friend of J.L.;

3. Plaintiff Brenda Lerma As Next Friend of D.L.;

4. Plaintiff Brenda Lerma As Representative of the Estate of Luis Lerma;

5. Defendant Briggs & Stratton Corporation; and

6. Defendant Briggs & Stratton Power Products Group, LLC.

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this case, Plaintiffs will promptly file an amended certificate with the Clerk.

            Respectfully submitted,

      By: /s/ Stuart R. White
         Stuart R. White (attorney in charge)
         Texas State Bar No. 24075268
         Federal ID. No. 1144883
         swhite@swbtrial.com
         **SICO WHITE HOELSCHER AND BRAUGH, LLP**
         802 N. Carancahua, Suite 900
         Corpus Christi, Texas  78401
         Telephone:  361/653-3300
         Facsimile: 361/653-3333

           **ATTORNEY IN CHARGE FOR PLAINTIFFS**

OF COUNSEL:

Craig M. Sico
Texas State Bar No. 18339850
Federal ID No. 13540
csico@swbtrial.com
**SICO WHITE HOELSCHER AND BRAUGH, LLP**
802 N. Carancahua, Suite 900
Corpus Christi, Texas  78401
Telephone:  361/653-3300
Facsimile: 361/653-3333