AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas ◆

United States Courts
Southern District of Texas
FILED

DEC 11 2012

David J. Bradley, Clerk of Court

Brenda Lerma, Individually, As Next Friend of J.L. and
D.L., and As Representative of the Estate of Luis
Lerma; For and On Behalf of All Those Entitled to
Recover for His Death Under the Texas Wrongful Death
*Plaintiff*

Briggs & Stratton Corporation, and Briggs & Stratton
Power Products Group, LLC

*Defendant*

)
)
)
)
)
)
)
)

Civil Action No. **B - 1 2 - 2 2 9**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Briggs & Stratton Corporation
By and through its agent for service
CT Corporation System
350 N. St. Paul
Ste. 2900
Dallas, Texas  75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stuart R. White
Sico, White, Hoelscher & Braugh, LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas  78401
(361) 653-3300 Telephone
(361) 653-3333 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-20-12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

SEE ORIGINAL RETURN OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                          *Server's signature*

                                                        _____
                                                          *Printed name and title*

                                                        _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

# UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: B-12-229



Brenda Lerma

Plaintiff:
**BRENDA LERMA, INDIVIDUALLY, AS NEXT FRIEND OF J.L. AND D.L. AND AS REPRESENTATIVE OF THE ESTATE OF LUIS LERMA, FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS**

vs.

Defendant:
**BRIGGS & STRATTON CORPORATION AND BRIGGS & STRATTON POWER PRODUCTS GROUP LLC**

For:
Stuart R. White
Sico White Hoelscher & Braugh
802 N. Carancahua Suite 900
Frost Bank Plaza
Corpus Christi, TX 78470

Received by Allen Civil Process on the 28th day of November, 2012 at 4:51 pm to be served on **Briggs & Stratton Corporation Registered Agent: CT CORPORATION SYSTEM, 350 N. St. Paul  Suite 2900, Dallas, TX 75201.**

I, Carlos Barrera, being duly sworn, depose and say that on the **29th day of November, 2012** at **9:45 am, I:**

Delivered to: **Briggs & Stratton Corporation Registered Agent: CT CORPORATION SYSTEM**, accepted by **Marie Garcia, Authorized To Accept,** a true copy of the **Summons and Complaint**, with the date and hour of delivery endorsed thereon, at the address of **350 North St. Paul Street, Suite 2900, Dallas, Texas  75201** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30s,  Sex: f,  Race/Skin Color: hispanic,  Height: 5'8,  Weight: 160,  Hair: black,  Glasses: n

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified under order of the Supreme Court of Texas to deliver citations and other notices.

On this day personally appeared affiant, known to me personally to be the person whose name is subscribed to the foregoing return and being by me duly sworn, declare under oath that the statements therein are true and correct.

Subscribed and Sworn to before me on the 29th day of November, 2012 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**Carlos Barrera**
TX Cert:SCH5305 Exp:6/30/15

**Allen Civil Process**
**P.O. Box 181293**
**Corpus Christi, TX 78480**
**(361) 884-1657**

Our Job Serial Number: ALN-2012008030
Ref: Brenda Lerma
Service Fee: _____



ANDRES V SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. July 26, 2016

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

