IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BRENDA LERMA, INDIVIDUALLY, AS NEXT FRIEND OF J.L. AND D.L., AND AS REPRESENTATIVE OF THE ESTATE OF LUIS LERMA; FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS, et al., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | United States District Court<br>Southern District of Texas<br>ENTERED<br><br>**MAR 2 8 2013**<br><br>David J. Bradley, Clerk of Court |
| Plaintiffs, | §<br>§ | |
| v. | §CIVIL ACTION NO: 1:12-229 | |
| | § | |
| BRIGGS & STRATTON CORPORATION, AND BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on March 27, 2013, the Court **GRANTED** Plaintiff's Unopposed Motion for Leave of Court to File Plaintiff's First Amended Original Complaint. Dkt. No. 9.   The Court finds that granting Plaintiff leave to file her proposed complaint is in the interest of justice based on the fact that discovery has not begun in this case and Plaintiff's representation that Defendants are unopposed and the addition of the proposed new parties will not destroy diversity jurisdiction. *See id.* at 2; FED. R. CIV. P. 15(a)(2).

The Court therefore **ORDERS** the Clerk of Court to enter separately upon the docket Plaintiff's Proposed First Amended Original Complaint which is attached as an exhibit to the instant motion.  Dkt. No. 9.

SIGNED this 31 day of March, 2013

_____
Hilda G. Tagle
Senior United States District Judge