

**HARTLINE DACUS BARGER DREYER LLP**

Michael G. Terry
direct dial: 361.866.8080
mterry@hdbdlaw.com

March 27, 2013

Mr. Stuart R. White
Sico White Hoelscher and Braugh, LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401

RE: Cause No. B12229; *Brenda Lerma, Individually, As Next Friend of J.L. and D.L., and as Representative of the Estate of Luis Lerma; For And On Behalf Of All Those Entitled To Recover For His Death Under The Texas Wrongful Death and Survival Acts vs. Briggs & Stratton Corporation and Briggs & Stratton Power Products Group, LLC*; In the United States District Court for the Southern District of Texas Brownsville Division

Dear Mr. White:

Defendants, ***Briggs & Stratton Corporation and Briggs & Stratton Power Products Group, LLC***, respectfully request that the deadline to file Objections and Answers to Plaintiff's Interrogatories and Requests for Production be extended until April 1, 2013.

If this meets with your approval, please sign in the space provided and return this letter to our office, for filing with the Court as a Rule 29, L.R. 83.5 agreement.

Thank you for your courtesies.

Sincerely,

Michael G. Terry

MDS

By _____
Stuart White

---
Dallas • Corpus Christi • Houston
800 North Shoreline Boulevard • Suite 2000, North Tower • Corpus Christi, Texas 78401
Telephone 361.866.8000 • Facsimile 361.866.8039 • www.hdbdlaw.com

MAR 28 2013