UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

BRENDA LERMA, INDIVIDUALLY, ET AL § § §
*VERSUS* §    CIVIL ACTION B-1:12-229
BRIGGS & STRATTON CORPORATION AND § BRIGGS & STRATTON POWER PRODUCTS § GROUP, LLC

## Proposed Scheduling Order

1. Trial: Estimated time to try: __15__ days.      ☐ Bench    ☒ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    September 16, 2013

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.    October 16, 2013

5. Discovery must be completed by:    December 9, 2013

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

**************************** The court will provide these dates. ****************************

6. Dispositive Motions will be filed by: _____

7. Joint pretrial order is due: _____

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: _____

9. Jury Selection is set for 9:00 a.m. on: _____

The case will remain on standby until tried.

     Signed _____, 20___, at Brownsville, Texas.

                                    _____
                                    Hilda G. TAGLE
                                    United States District Judge

*Counsel, please sign on the back.*

/s/ *Stuart R. White*

Counsel for  Plaintiffs

_____

Counsel for _____

_____

Counsel for _____

/s/ *Michael G. Terry*

Counsel for  Defendants

_____

Counsel for _____

_____

Counsel for _____