IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BRENDA LERMA, INDIVIDUALLY, AS NEXT FRIEND OF J.L. AND D.L., AND AS REPRESENTATIVE OF THE ESTATE OF LUIS LERMA; FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS | § § § § § § § § § | CIVIL ACTION NO. B12229 |
| V. | § § | JURY DEMANDED |
| BRIGGS & STRATTON CORPORATION and BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC | § § § § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Briggs & Stratton Corporation and Briggs & Stratton Power Products Group, LLC, provides the following corporate disclosure:

Black Rock, Inc. is the only publicly held corporation that owns more than ten percent of the stock of Briggs & Stratton Corporation.

Briggs & Stratton Power Products Group, LLC is a wholly owned subsidiary of Briggs & Stratton Corporation.

Dated:  April 3, 2013.

                    Respectfully submitted,

By: */s/ Michael G. Terry*
      Michael G. Terry
      Attorney in Charge
      State Bar No. 19799800
      Federal Bar No. 926
      800 N. Shoreline Blvd.
      Suite 2000, North Tower
      Corpus Christi, TX 78401
      Tel: (361) 866-8000
      Fax: (361) 866-8039
      Email: mterry@hdbdlaw.com

ATTORNEYS FOR DEFENDANTS BRIGGS & STRATTON CORPORATION and BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC

OF COUNSEL:

HARTLINE DACUS BARGER DREYER LLP
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - N. Tower
Corpus Christi, Texas  78401
Telephone:  361-866-8000
Facsimile:   361-866-8039

Trevor J. Will
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin  53202-5306
Telephone:  414-297-5536
Facsimile:   414-297-4900
E-Mail: twill@foley.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas, via the Court's electronic case filing system, and all counsel of record in accordance with the Federal Rules of Civil Procedure:

>	*/s/ Michael G. Terry*
>	MICHAEL G. TERRY

Mr. Stuart R. White
Mr. Craig M. Sico
Sico White Hoelscher and Braugh, LLP
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
*Attorneys for Plaintiff*