# Law Office of Cary M Toland PC

**Brenda Lerma - Ad Litem**
personel delivery

| | | | | Month Start: | |
|---|---|---|---|---|---|
| | | | | Hourly Rate: | $250.00 |
| **Client:** Brenda Lerma Et al - ad litem appt | | | | Minimum Hours: | 0.25 |

| Day | Date | Project | Billable Hours | Non-Billable Hours | Total |
|---|---|---|---|---|---|
| | | Intial teleconf re potential appt | 0.30 | | $ 75.00 |
| | | recieot of order of appointment | 0.50 | | $ 125.00 |
| | | teleconf and emails with counsel | 0.75 | | $ 187.50 |
| | | review pleadings | 1.00 | | $ 250.00 |
| | | review autoposy and policy reports | 0.50 | | $ 125.00 |
| | | review medical records and bills | 0.50 | | $ 125.00 |
| | | review payout distributions sheet | 1.00 | | 250.00 |
| | | review proposed annuities | 0.75 | | 187.50 |
| | | research case law on minor resp for hospitol lien | 1.00 | | 250.00 |
| | | review case law on minor contigency fees | 1.00 | | 250.00 |
| | | research ssi disability claims of minor and income requirements | 0.50 | | 125.00 |
| | | reesearch medicaid cutoff and chip income requirments | 0.50 | | 125.00 |
| | | review annuity proposals with income requirements of benefits | 0.75 | | 187.50 |
| | | teleconf with Craig regarding moms medicaid eligability and annui | 0.60 | | 150.00 |
| | | emails regarding not taking hosp lien from minors share | 0.50 | | 125.00 |
| | | set up meeting with mother and minors | 0.30 | | 75.00 |
| | | meeting Lerma re settlement and benefit loss | 1.50 | | 375.00 |
| | | review courts orders on conference report, | 0.30 | | 75.00 |
| | | emails and teleconf to set up sykpe conf | 0.40 | | 100.00 |
| | | conf with benefit and trust expert | 1.80 | | 450.00 |
| | | Research into Arc of Texas trust | 0.50 | | 125.00 |
| | | Recommendations meeting w mom | 0.30 | | 75.00 |
| | | confer with all attorneys - and submit billing | 0.75 | | 187.50 |
| | | hearing to approve settlement | 1.50 | | 375.00 |
| **Total** | | | | | **$ 4,375.00** |

EIN 141987198

TOTAL BILL 4375